IN THE COURT OF CRIMINAL APPEALS


OF TEXAS








NO. PD-1489-12





LUIS ENRIQUE RIVERA, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE NINTH COURT OF APPEALS

MONTGOMERY COUNTY





Per curiam. KEASLER and HERVEY, JJ., dissent.

ORDER

 The petition for discretionary review violates Rule of Appellate Procedure 68.4(i), 
because the petition does not contain a complete copy of the opinion of the court of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be filed
in the Court of Criminal Appeals within thirty days after the date of this order.



Filed: March 6, 2013

Do Not Publish